

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00589-CR

**IN RE** Charlie **MALOUFF**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: August 5, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On July 29, 2026, Relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2025W00400, pending in the 436th District Court, Bexar County, Texas, the Honorable Lisa Jarrett presiding.